No. 84–6692.   SEALS v. UNITED STATES ET AL.   C. A. 4th Cir.
Certiorari denied.